Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Kelli Losorwith

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI LOSORWITH,<br><br>        Plaintiff,<br><br>  vs.<br><br>WILSON INVESTMENTS, LP, et al.,<br><br>        Defendants. | No. 1:11-cv-00892-LJO-SKO<br><br>**STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** |

**WHEREAS**, the mandatory scheduling conference in this matter is set for September 8, 2011;

**WHEREAS**, the undersigned attorney of record for defendant Wilson Investments, LP has identified a conflict of interest in this matter and is in the process of obtaining alternate counsel for defendant Wilson Investments, LP and substituting out of this action;

**WHEREAS**, additional time will be required by the newly substituted in counsel to become familiar with the matter and meet and confer with the parties in anticipation of the scheduling conference as well as to explore any settlement options.

**IT IS HEREBY STIPULATED** by and between Plaintiff Kelli Losorwith and Defendant Wilson Investments, LP, by and through their respective counsel, and defendant

Stipulation to Continue Mandatory Scheduling Conference; [Proposed] Order

Page 1

1  Roger Rocka's Music Hall Dinner Theater who is in propria persona, that the Mandatory
2  Scheduling Conference in this matter be continued to a date after October 28, 2011.

3  Date: September 1, 2011                    MOORE LAW FIRM, P.C.

4

5                                            /s/ Tanya E. Moore
                                             Tanya E. Moore
6                                            Attorneys for Plaintiff Kelli Losorwith

7                                            /s/ Timothy William O'Hara
                                             Timothy William O'Hara, Attorney
8                                            for Wilson Investments, LP

9

10
                                             /s/ Roger Rocka
11                                           Roger Rocka, dba Roger Rocka's Music
                                             Hall Dinner Theater, In Propria Person
12

13                                    **ORDER**

14

15     The parties having so stipulated and good cause appearing therefor,

16     **IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for

17  September 8, 2011 be continued to November 1, 2011 at 9:30 a.m. in Courtroom 8 before the

18  Honorable Sheila K. Oberto.  A joint scheduling report shall be filed no later than seven (7)

19  days prior to said conference.

20

21  IT IS SO ORDERED.

22
       Dated:   **September 1, 2011**                    **/s/ Sheila K. Oberto**
23                                                       UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

Stipulation to Continue Mandatory Scheduling Conference; [Proposed] Order

Page 2