(SPACE BELOW FOR FILING STAMP ONLY)

1  **ROGER S. BONAKDAR #253920**
   **NUTTALL COLEMAN & WILSON**
2  2445 CAPITOL STREET, SUITE 150
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  ATTORNEYS FOR   Defendants,
   ROGER ROCKA dba ROGER
6  ROCKA'S MUSIC HALL DINNER THEATER

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                     * * * * * *

11 | KELLI LOSORWITH,                          | Case No.: 1:11-CV-00892-LJO-SKO
12 |     Plaintiff,
13 | vs.
14 | WILSON INVESTMENTS, LP; ROGER             | **STIPULATION TO CONTINUE
   | ROCKA dba ROGER ROCKA'S MUSIC             | SCHEDULING CONFERENCE DUE TO
15 | HALL DINNER THEATER,                      | SUBSTITUTION OF ATTORNEYS**
16 |     Defendants.
17

18      WHEREAS the Mandatory Scheduling Conference is currently set for November 1, 2011.

19      WHEREAS Defendant ROGER ROCKA dba ROGER ROCKA'S MUSIC HALL DINNER
20 THEATER (hereinafter "Rocka") is/was proceeding in pro per.

21      WHEREAS Defendant Wilson Investments, LP (hereinafter "Wilson"), is/was represented
22 by Timothy O'Hara, Esq.

23      WHEREAS Defendants Wilson and Rocka have retained new counsel (the undersigned
24 Roger Bonakdar of the law firm of Nuttall Coleman & Wilson), and counsel has only recently
25 substituted into the case.

26      WHEREAS new counsel, Mr. Roger Bonakdar Esq., has a scheduling conflict and is not
27 available to appear at the Scheduling Conference, as calendared.

28      WHEREAS in light of the above recent substitution and unavailability, the parties agree that

1  the Status Conference should be continued to allow new counsel to become familiar with the file,
2  the subject premises, and otherwise complete some initial investigation into the claims to determine
3  whether an early resolution of the action is practicable and/or appropriate.
4        IT IS HEREBY STIPULATED by and between attorneys for the respective parties
5  herein that the Status Conference be continued to December 6, 2011, or another date thereafter which
6  is acceptable to the court.

7
8  DATED: October 24, 2011.        Respectfully submitted,
9                                   NUTTALL & COLEMAN
10                                  /s/ Roger Bonakdar
11                                  _____
12                                  ROGER S. BONAKDAR
                                    Attorneys for Defendants
13
14  DATED: October 24, 2011.        MOORE LAW FIRM, PC
15                                  /S/ Tanya L. Moore
16                                  _____
                                    TANYA LEVINSON MOORE
                                    Attorneys for Plaintiff
17
18                           * * * * * *
19                           **O R D E R**

20     Based on the stipulation of the parties, good cause exists to continue the Scheduling
21  Conference in the above referenced matter.
22     As such, the Scheduling Conference shall be continued to December 13, 2011, at 10:00 a.m.
23
24  IT IS SO ORDERED.
25  **Dated:   October 26, 2011**              **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE
26
27
28