1  **ROGER S. BONAKDAR #253920**
   **NUTTALL COLEMAN & WILSON**
2  2445 CAPITOL STREET, SUITE 150
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  ATTORNEYS FOR   Defendants,
   ROGER ROCKA dba ROGER
6  ROCKA'S MUSIC HALL DINNER THEATER

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10 * * * * * *

11 | KELLI LOSORWITH, | Case No.: 1:11-CV-00892-LJO-SKO |
12 | Plaintiff, | |
13 | vs. | |
14 | WILSON INVESTMENTS, LP; ROGER ROCKA dba ROGER ROCKA'S MUSIC HALL DINNER THEATER, | **STIPULATION TO CONTINUE SCHEDULING CONFERENCE DUE TO SUBSTITUTION OF ATTORNEYS** |
15 | | |
16 | Defendants. | |

18    WHEREAS the Mandatory Scheduling Conference is currently set for November 1, 2011.

19    WHEREAS Defendant ROGER ROCKA dba ROGER ROCKA'S MUSIC HALL DINNER
20 THEATER (hereinafter "Rocka") is/was proceeding in pro per.

21    WHEREAS Defendant Wilson Investments, LP (hereinafter "Wilson"), is/was represented
22 by Timothy O'Hara, Esq.

23    WHEREAS Defendants Wilson and Rocka have retained new counsel (the undersigned
24 Roger Bonakdar of the law firm of Nuttall Coleman & Wilson), and counsel has only recently
25 substituted into the case.

26    WHEREAS new counsel, Mr. Roger Bonakdar Esq., has a scheduling conflict and is not
27 available to appear at the Scheduling Conference, as calendared.

28    WHEREAS in light of the above recent substitution and unavailability, the parties agree that

the Status Conference should be continued to allow new counsel to become familiar with the file, the subject premises, and otherwise complete some initial investigation into the claims to determine whether an early resolution of the action is practicable and/or appropriate.

        IT IS HEREBY STIPULATED by and between attorneys for the respective parties herein that the Status Conference be continued to December 6, 2011, or another date thereafter which is acceptable to the court.

DATED: October 24, 2011.        Respectfully submitted,

                                            NUTTALL & COLEMAN

                                            /s/ Roger Bonakdar

                                            _____
                                            ROGER S. BONAKDAR
                                            Attorneys for Defendants

DATED: October 24, 2011.        MOORE LAW FIRM, PC

                                            /S/ Tanya L. Moore

                                            _____
                                            TANYA LEVINSON MOORE
                                            Attorneys for Plaintiff

                                            * * * * * *

**O R D E R**

Based on the stipulation of the parties, good cause exists to continue the Scheduling Conference in the above referenced matter.

As such, the Scheduling Conference shall be continued to December 13, 2011, at 10:00 a.m.

IT IS SO ORDERED.

**Dated:   October 26, 2011**            **/s/ Sheila K. Oberto**
                                               UNITED STATES MAGISTRATE JUDGE