1

(SPACE BELOW FOR FILING STAMP ONLY)

2

3  **ROGER S. BONAKDAR #253920**
   **NUTTALL COLEMAN & WILSON**
4  2445 CAPITOL STREET, SUITE 150
   FRESNO, CA 93721
5  PHONE (559) 233-2900
   FAX (559) 485-3852
6

7  ATTORNEYS FOR  Defendants,
   ROGER ROCKA dba ROGER
8  ROCKA′S MUSIC HALL DINNER THEATER

9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12                              * * * * * *

13  KELLI LOSORWITH,                    Case No.: 1:11-CV-00892-LJO-SKO

14       Plaintiff,

15       vs.                            STIPULATION TO CONTINUE
                                        SCHEDULING CONFERENCE
16  WILSON INVESTMENTS, LP; ROGER       AND
    ROCKA dba ROGER ROCKA′S MUSIC       PROPOSED ORDER
17  HALL DINNER THEATER,

18       Defendants.

19  _____

20       WHEREAS the Mandatory Scheduling Conference is currently set for December

21  13, 2011.

22       WHEREAS the parties have recently began discussing a potential settlement.

23       WHEREAS the parties wish to conserve party and court resources so that they

24  may be applied towards a resolution.

25       WHEREAS in light of the foregoing, the parties believe it appropriate to continue

26  the Mandatory Scheduling Conference to January 16, 2012 (or a later date which is

27

28

1  suitable to the court) in order to explore settlement.

2  IT IS HEREBY STIPULATED by and between attorneys for the respective
3  parties herein that the Scheduling Conference be continued to January 16, 2012, or
4  another date thereafter which is acceptable to the court.

6  DATED: December 6, 2011.                    Respectfully submitted,

7                                              NUTTALL & COLEMAN

8                                              /s/ Roger Bonakdar

9                                              ROGER S. BONAKDAR
                                               Attorneys for Defendants

11
   DATED: December 6, 2011.                    MOORE LAW FIRM, PC
12
                                               /S/ Tanya E. Moore
13
                                               TANYA E. MOORE
14                                             Attorneys for Plaintiff

15                                             * * * * * *

16                              **O R D E R**

17  The Parties having so stipulated and good cause appearing,

18  IT IS HEREBY ORDERED that the Scheduling Conference be continued to
19  January 24, 2012 at 9:45 a.m.

21  IT IS SO ORDERED.

22  Dated:   **December 7, 2011**              /s/ Sheila K. Oberto
                                               UNITED STATES MAGISTRATE JUDGE