(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER S. BONAKDAR #253920**
**NUTTALL COLEMAN & WILSON**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendants,
ROGER ROCKA dba ROGER ROCKA'S MUSIC HALL DINNER THEATER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| KELLI LOSORWITH,<br><br>Plaintiff,<br><br>vs.<br><br>WILSON INVESTMENTS, LP; ROGER ROCKA dba ROGER ROCKA'S MUSIC HALL DINNER THEATER,<br><br>Defendants. | Case No.: 1:11-CV-00892-LJO-SKO<br><br>STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND PROPOSED ORDER |

WHEREAS the Mandatory Scheduling Conference is currently set for December 13, 2011.

WHEREAS the parties have recently began discussing a potential settlement.

WHEREAS the parties wish to conserve party and court resources so that they may be applied towards a resolution.

WHEREAS in light of the foregoing, the parties believe it appropriate to continue the Mandatory Scheduling Conference to January 16, 2012 (or a later date which is

1  suitable to the court) in order to explore settlement.

2       IT IS HEREBY STIPULATED by and between attorneys for the respective
3  parties herein that the Scheduling Conference be continued to January 16, 2012, or
4  another date thereafter which is acceptable to the court.

5

6  DATED: December 6, 2011.                    Respectfully submitted,

7                                              NUTTALL & COLEMAN

8                                              /s/ Roger Bonakdar

9                                              _____
                                                ROGER S. BONAKDAR
10                                              Attorneys for Defendants

11
    DATED: December 6, 2011.                    MOORE LAW FIRM, PC
12

13                                              /S/ Tanya E. Moore
                                                _____
14                                              TANYA E. MOORE
                                                Attorneys for Plaintiff

15                                              * * * * * *

16                              **O R D E R**

17     The Parties having so stipulated and good cause appearing,

18     IT IS HEREBY ORDERED that the Scheduling Conference be continued to
19  January 24, 2012 at 9:45 a.m.

20

21  IT IS SO ORDERED.

22    Dated:  **December 7, 2011**            **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28