K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Kelli Losorwith

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI LOSORWITH, | No. 1:11-CV-00892-LJO-SKO |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| WILSON INVESTMENTS, LP, et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Kelli Losorwith and Defendants Wilson Investments, LP and Roger Rocka dba Roger Rocka's Music Hall Dinner Theater, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Wilson Investments, LP and Roger Rocka dba Roger Rocka's Music Hall Dinner Theater are dismissed with prejudice from this action, and that this case be dismissed, with prejudice. The parties are to bear their own attorneys' fees and costs.

Date: April 24, 2012                                    MOORE LAW FIRM, P.C.
                                                        /s/Tanya E. Moore
                                                        Tanya E. Moore
                                                        Attorney for Plaintiff Kelli Losorwith

*Losorwith v. Wilson Investments, LP, et al.*
Stipulation for Dismissal

Page 1

Date: April 24, 2012                                         NUTTALL, COLEMAN & WILSON

                                                             /s/ Roger S. Bonakdar
                                                             Roger S. Bonakdar
                                                             Attorney for Defendants Wilson
                                                             Investments, LP and Roger Rocka dba
                                                             Roger Rocka's Music Hall Dinner Theater

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party is to bear their own attorneys' fees and costs.  The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **April 24, 2012**                         /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE